UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KEVIN EZELL,<br><br>    Petitioner,<br><br>    v.<br><br>FRANKLIN COUNTY CHILDREN SERVICES,<br><br>    Respondent. | No. CV 08-02648-GAF (VBK)<br><br>ORDER (1) ACCEPTING AND ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE, AND (2) DISMISSING THE PETITION FOR WRIT OF HABEAS CORPUS |

Pursuant to 28 U.S.C. §636, the Court has made a <u>de</u> <u>novo</u> review of the Petition for Writ of Habeas Corpus ("Petition") and the Report and Recommendation of the United States Magistrate Judge ("Report").

**IT IS ORDERED** that: (1) the Court accepts and adopts the Report and Recommendation, and (2) Judgment be entered dismissing the Petition with prejudice.

DATED: 6/6/08

GARY A. FEESS
UNITED STATES DISTRICT JUDGE