UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KEVIN EZELL,<br><br>　　　　Petitioner,<br><br>　v.<br><br>FRANKLIN COUNTY CHILDREN SERVICES,<br><br>　　　　Respondent. | No. CV 08-02648-GAF (VBK)<br><br>JUDGMENT |

Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition") with prejudice,

**IT IS ADJUDGED** that the Petition is dismissed with prejudice.

DATED: 6/6/08

GARY A. FEESS
UNITED STATES DISTRICT JUDGE